UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DON ALLEN FORD,

    Plaintiff,

v.

DONALD VENES, et al.,

    Defendants.

Case No.  13-cv-04927-BLF   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

    A settlement conference was held on May 22, 2015 at Pelican Bay State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff and Plaintiff's counsel Thomas Graham

    (  ) Warden or warden's representative

    ( X) Office of the California Attorney General, Jennifer Nygaard

    (  ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (  ) The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    (  ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1   ( X )   The parties are unable to reach an agreement at this time.

2   **IT IS SO ORDERED.**

3   Dated: 5/26/2015

_____
NANDOR J. VADAS
United States Magistrate Judge