UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON ALLEN FORD,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD VENES,<br><br>    Defendant. | Case No.  13-cv-04927-BLF<br><br>**ORDER REGARDING STATUS REPORT** |

The parties are hereby ordered to provide the Court with a joint status report by **no later than June 25, 2015**. The report shall address the parties' proposals for the next stage of proceedings, including trial dates and length.

**IT IS SO ORDERED.**

Dated: June 4, 2015

_____
BETH LABSON FREEMAN
United States District Judge