UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON ALLEN FORD,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD VENES, et al.,<br><br>    Defendants. | Case No.  13-cv-04927-BLF<br><br>**ORDER REQUIRING FURTHER SUBMISSION REGARDING MOTION TO WITHDRAW AS COUNSEL**<br><br>[Re: ECF 47] |

Before the Court is the Motion to Withdraw as Counsel filed by plaintiff Don Allen Ford's current counsel of record, Thomas I. Graham. ECF 47. Mr. Graham indicates that "[t]he specific facts which give rise to this motion are confidential" and requests that the Court conduct an *in camera* hearing should it determine the need to ascertain the basis for his withdrawal. As Mr. Graham has provided no basis for his motion to withdraw, the Court HEREBY ORDERS that Mr. Graham FILE UNDER SEAL a supplemental submission explaining his good faith basis for withdrawal **by no later than August 19, 2015**. Such filing shall not exceed 10 pages in length, excluding any applicable exhibits. Mr. Graham shall furthermore certify that his under seal submission has been served on his client.

Unless otherwise ordered by the Court, no hearing will be held on Mr. Graham's motion to withdraw as counsel. The August 20, 2015 hearing presently scheduled on the motion is accordingly VACATED.

**IT IS SO ORDERED.**

Dated: August 5, 2015

_____
BETH LABSON FREEMAN
United States District Judge