IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ALLEN FORD,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD VENES,<br><br>    Defendant. | No. C 13-04927 BLF (PR)<br><br>**ORDER REFERRING MATTER TO**<br>**FEDERAL PRO BONO PROJECT** |

    Plaintiff, a California prisoner proceeding *pro se*, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 against medical officials for violating his rights under the Eighth Amendment. The Court found that the complaint, when liberally construed, stated a cognizable claim of excessive force, sexual assault and deliberate indifference to serious medical needs against Defendant Dr. Donald Venes at Pelican Bay State Prison ("PBSP"). Defendant filed notice that the claims against him are not appropriate for resolution by summary judgment. (*See* Docket No. 35.) The Court referred the matter for mediation under the Pro Se Prisoner Settlement Program. (*See* Docket No. 36.) On May 26, 2015, Magistrate Judge Nandor J. Vadas reported that the parties were unable to reach an agreement. (*See* Docket No. 44.) Therefore, it appears that this matter will proceed to trial.

This matter is referred to the Federal Pro Bono Project to find counsel if possible. Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter until further order of the Court.

The Clerk shall forward to the Federal Pro Bono Project: (1) a copy of this order, (2) a copy of the docket sheet, and (3) a copy of the operative complaint and relevant court orders.

All proceedings in this action shall remain stayed until four weeks from the date an attorney is appointed to represent Plaintiff in this action.

**IT IS SO ORDERED.**

DATED: August 27, 2015

BETH LABSON FREEMAN
United States District Judge