IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ALLEN FORD,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD VENES,<br><br>    Defendant. | No. C 13-04927 BLF (PR)<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF'S REQUEST SHOULD NOT BE GRANTED** |

Plaintiff, a California prisoner proceeding *pro se*, filed this civil action pursuant to 42 U.S.C. § 1983. The matter is set to proceed to trial pending appointment of pro bono counsel. (*See* Docket No. 52.) Plaintiff has filed an "urgent court order to prison officials for retention of him only in California prison due to civil case pending." (Docket No. 53.) It appears that Plaintiff is due to be transferred to an out-of-state prison in Arizona. (*Id.*) Plaintiff requests that the Court order that he be held "only in a California state prison of his custody level" in order to properly litigate this case. (*Id.* at 1.)

Before the Court rules on this request, Defendant is hereby ordered to show cause why the request should not be granted pursuant to the Court's authority to manage the administration of its business, including litigation matters. *See Spurlock v. FBI*, 69

Order to Show Cause
P:\PRO-SE\BLF\CR.13\04927Ford_osc_request.wpd

1  F.3d 1010, 1016 (9th Cir. 1995); *cf.* FRAP 23(a).  In the event that Plaintiff is
2  transferred to an out-of-state prison, the Court may exercise its inherent powers to order
3  Plaintiff transported to the Northern District of California to meet with counsel and
4  prepare and be present for trial, all at the expense of the State of California.
5        Because Plaintiff's transfer appears imminent, Defendant's response shall be due
6  **no later than September 9, 2015**.  No extensions shall be granted.
7        **IT IS SO ORDERED.**

9  DATED: Sept 3, 2015

                                            BETH LABSON FREEMAN
                                            United States District Judge