IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ALLEN FORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DONALD VENES,<br><br>　　　　Defendant. | No. C 13-04927 BLF (PR)<br><br>ORDER APPOINTING COUNSEL |

    Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint under 42 U.S.C. § 1983 against medical officials for violating his rights under the Eighth Amendment. On August 27, 2015, the court referred this matter to the Federal Pro Bono Project of the Volunteer Legal Services Program to find counsel.

    The Federal Pro Bono Project of the Volunteer Legal Services Program has informed the court that Heather Cantua Phillips (#291927) and David E. Weiss (#148147) of Reed Smith LLP, located at 101 Second Street #1800, San Francisco, CA 94105, have agreed to serve as appointed pro bono counsel for plaintiff. Thus, Heather Cantua Phillips and David E. Weiss are hereby APPOINTED as counsel for plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines. The scope of this referral shall be for all purposes for the duration of the case.

Order Appointing Counsel
P:\PRO-SE\BLF\CR.13\04927Ford_apptcounsel.wpd

1  The Clerk shall set this matter for a case management conference within 90 days of the
2  filing date of this order.
3  IT IS SO ORDERED.
4  DATED: Sept 15, 2015

BETH LABSON FREEMAN
United States District Judge