1
2
3   UNITED STATES DISTRICT COURT
4   NORTHERN DISTRICT OF CALIFORNIA
5   SAN JOSE DIVISION
6
7   DON ALLEN FORD,
            Plaintiff,
8
    v.
9
    DONALD VENES, et al.,
10
            Defendants.
11

Case No. 5:13-cv-04927-BLF

**CASE MANAGEMENT ORDER**

On 01/14/2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Case Management Conference Statement | 02/25/2016 |
| Further Case Management Conference | 03/03/2016 |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | 06/09/2016 at 1:30 PM |
| Trial | 06/27/2016 at 9:00 AM |

1      IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3      IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5      IT IS FURTHER ORDERED THAT all Counsel may appear at the Further Case
6 Management Conference set on 03/03/2016 at 11:00 AM by Courtcall without further order of the
7 court.

Dated: 01/14/2016

_____
BETH LABSON FREEMAN
United States District Judge

2