UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DON ALLEN FORD, | |
|---|---|
| Plaintiff, | Case No. 5:13-cv-04927-BLF |
| v. | **CASE MANAGEMENT ORDER** |
| DONALD VENES, et al., | |
| Defendants. | |

On 03/03/2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | 03/30/2017 at 1:30 pm |
| Trial | 04/24/2017 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT the parties are to meet, confer and file a stipulated
6 proposed schedule regarding dates and deadlines to trial.

8 Dated: 03/03/2016

*[signature]*
BETH LABSON FREEMAN
United States District Judge